IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>  )<br>DANIEL SANDOVAL  )<br>  )<br>        Defendant.  )<br>  )<br>_____  ) | 1:1:02-CR-5094 REC<br><br>ORDER PERMITTING FBI TO DISPOSE OF FIREARMS SEIZED IN THIS INVESTIGATION |

The United States having applied to this Court, for an order permitting the FBI to dispose of a firearms seized from the defendant's residence, and good cause appearing in that such evidence is no longer required for the prosecution of any individual, the FBI is hereby authorized to dispose of or destroy the following:

One Davis .380 Caliber pistol, serial number AP454937

One Smith and Wesson .38 caliber, model 32, serial number 21636

One M-1 Rifle, .30 Caliber

One Remington 870 Shotgun, serial number V213813V

One Remington 870 Shotgun, serial number W035238V

One Winchester 30-60 Rifle, serial number 875950

1

One Savage 300 Model 99 Rifle, serial number 771324

IT IS SO ORDERED.

DATED: June 12    , 2006                    /S/ROBERT  E. COYLE
                                            Honorable Robert E. Coyle
                                            United States District Judge

2