1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DANIEL MARTINEZ SANDOVAL

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. Cr. F 02-5094 LJO
                                    )
12              Plaintiff,          )  **STIPULATED MOTION TO REDUCE**
                                    )  **SENTENCE PURSUANT TO 18 U.S.C.**
13     v.                           )  **§ 3582(c)(2); [lodged] ORDER**
                                    )
14 DANIEL MARTINEZ SANDOVAL,        )  **RETROACTIVE CRACK COCAINE**
                                    )  **REDUCTION CASE**
15              Defendant.          )
                                    )
16 _____  )

17     Defendant, DANIEL MARTINEZ SANDOVAL, by and through his attorney,

18 Assistant Federal Defender David M. Porter, and plaintiff, UNITED

19 STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney

20 KATHLEEN ANNE SERVATIUS, hereby stipulate as follows:

21     1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the

22 term of imprisonment in the case of a defendant who has been sentenced

23 to a term of imprisonment based on a sentencing range that has

24 subsequently been lowered by the Sentencing Commission pursuant to 28

25 U.S.C. § 994(o);

26     2.   The sentencing range applicable to Mr. Sandoval was

27 subsequently lowered by the United States Sentencing Commission in

28 Amendment 706 by two levels;

1    3.   Accordingly, Mr. Sandoval's adjusted offense level has been

2    reduced from 29 to 27, and an appropriate sentence within the new

3    applicable guideline range would be 138 months;

4    4.   Mr. Sandoval merits a reduction in his sentence based on the

5    factors listed in 18 U.S.C. § 3553(a), as well as considerations of

6    public safety and Mr. Sandoval's positive post-sentencing conduct;

7    5.   Accordingly, the parties request the court to enter the order

8    lodged herewith reducing Mr. Sandoval's term of imprisonment to an

9    aggregate term of 138 months, to be comprised of a term of 46 months on

10   each of counts one, two, and three, to be served consecutively.

11   Dated:  May 14, 2008

12   Respectfully submitted,

13   McGREGOR SCOTT                    DANIEL J. BRODERICK
     United States Attorney           Federal Defender

14

15

        _/s/ Kathleen Anne Servatius_      _/s/ David M. Porter_
16   KATHLEEN ANNE SERVATIUS           DAVID M. PORTER
     Assistant U.S. Attorney          Assistant Federal Defender

17
     Attorney for Plaintiff           Attorney for Movant
18   UNITED STATES OF AMERICA         DANIEL MARTINEZ SANDOVAL

19

20                              **ORDER**

21      This matter came before the Court on the stipulated motion of the

22   defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

23      The parties agree, and the Court finds, that Mr. Sandoval is

24   entitled to the benefit of the retroactive amendment reducing crack

25   cocaine penalties, which reduces the total offense level from 29 to 27,

26   and an appropriate sentence within the new  applicable guideline range

27   would be 138 months.

28      IT IS HEREBY ORDERED that the term of imprisonment originally

STIPULATED MOTION and ORDER TO REDUCE SENTENCE

1   imposed is reduced to an aggregate term of 138 months, to be comprised
2   of a term of 46 months on each of counts one, two, and three, to be
3   served consecutively.

4        IT IS FURTHER ORDERED that all other terms and provisions of the
5   original judgment remain in effect.

6        Unless otherwise ordered, Mr. Sandoval shall report to the United
7   States Probation office closest to the release destination within
8   seventy-two hours after his release.

9   IT IS SO ORDERED.

10  **Dated:    May 15, 2008               /s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION and ORDER TO REDUCE SENTENCE