# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| DANIEL MARTINEZ SANDOVAL ) | Case No: 1:02CR005094-002 |
| ) | USM No: 60509-097 |
| Date of Previous Judgment: 05/21/2003 ) | David Porter, Asst. Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __144__ months **is reduced to** __138 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 144 to ___ months | Amended Guideline Range: | 130 to 144 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**




Except as provided above, all provisions of the judgment dated __05/21/2003__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: May 22, 2008                              /s/ Lawrence J. O'Neill
                                                                              Judge's signature

Effective Date: _____                Lawrence J. O'Neill, U.S. District Judge
         (if different from order date)                              Printed name and title