```
DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL MARTINEZ SANDOVAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL MARTINEZ SANDOVAL,<br><br>　　　　　Defendant.<br>_____ | No. Cr. F 02-5094 LJO<br><br>**STIPULATED MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2); ORDER**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br><br>Judge:　LAWRENCE J. O'NEILL |

　　　　Defendant, DANIEL MARTINEZ SANDOVAL, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney KATHLEEN ANNE SERVATIUS, hereby stipulate as follows:

　　　　1.　Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　On May 19, 2003, this Court sentenced Mr. Sandoval to an aggregate term of imprisonment of 144 months, comprised of 48 months each on counts one, two and three, to be served consecutively, for

1  violation of 21 U.S.C. § 843(b);

2     3.   On May 14, 2008, pursuant to a stipulation of the parties,
3  the Court resentenced Mr. Sandoval to an aggregate term of 138 months.

4     4.   The sentencing range applicable to Mr. Sandoval was
5  subsequently lowered by the United States Sentencing Commission in
6  Amendment 750;

7     5.   Accordingly, Mr. Sandoval's adjusted offense level has been
8  reduced from 27 to 23, and a sentence at the comparable point of the
9  newly applicable guideline range would be 99 months;

10    6.   Mr. Sandoval merits a reduction in his sentence based on the
11 factors listed in 18 U.S.C. § 3553(a), as well as considerations of
12 public safety and Mr. Sandoval's positive post-sentencing conduct;

13    7.   Accordingly, the parties request the court to enter the order
14 lodged herewith on November 1, 2011, reducing Mr. Sandoval's term of
15 imprisonment to an aggregate term of 99 months, to be comprised of a
16 term of 33 months on each of counts one, two, and three, to be served
17 consecutively.

18 Dated:  October 28, 2011

19 Respectfully submitted,

20 BENJAMIN B. WAGNER                    DANIEL J. BRODERICK
   United States Attorney                Federal Defender
21

22

23   /s/ *Kathleen Anne Servatius*          /s/ *David M. Porter*
   KATHLEEN ANNE SERVATIUS               DAVID M. PORTER
   Assistant U.S. Attorney               Assistant Federal Defender
24
   Attorney for Plaintiff                Attorney for Movant
25 UNITED STATES OF AMERICA              DANIEL MARTINEZ SANDOVAL

26

27

28

STIPULATED MOTION and ORDER TO REDUCE SENTENCE

1 **ORDER**

2     This matter came before the Court on the stipulated motion of the
3 defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).
4     The parties agree, and the Court finds, that Mr. Sandoval is
5 entitled to the benefit of the retroactive amendment reducing crack
6 cocaine penalties, which reduces the total offense level from 27 to 23,
7 and an appropriate sentence within the new applicable guideline range
8 would be 99 months.

9     IT IS HEREBY ORDERED that the term of imprisonment imposed on May
10 14, 2008 is reduced to an aggregate term of 99 months, to be comprised
11 of a term of 33 months on each of counts one, two, and three, to be
12 served consecutively.

13     The provisions of this order are stayed up to and including
14 November 11, 2011, to permit the Bureau of Prisons to make appropriate
15 release arrangements.

16     IT IS FURTHER ORDERED that all other terms and provisions of the
17 original judgment remain in effect.

18     Unless otherwise ordered, Mr. Sandoval shall report to the United
19 States Probation office closest to the release destination within
20 seventy-two hours after his release.

21 IT IS SO ORDERED.

22 **Dated:   November 1, 2011**           **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE