Case 1:02-cr-05094-LJO   Document 248   Filed 11/03/11   Page 1 of 1

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 1:02CR005094-002 |
| DANIEL MARTINEZ SANDOVAL ) | USM No: 60509-097 |
| ) | |
| Date of Original Judgment: 5/21/2003 ) | |
| Date of Previous Amended Judgment: 5/22/2008 ) | DAVID PORTER, ASST. FEDERAL DEFENDER |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ❏  the Director of the Bureau of Prisons  ❏  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❏ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     138     months **is reduced to**     99 months     .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   05/21/2003   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   November 2, 2011              /s/ Lawrence J. O'Neill
                                            *Judge's signature*

Effective Date:  _____            LAWRENCE J. O'NEIL, United States District Judge
*(if different from order date)*           *Printed name and title*